## Commonwealth *v.* Grier, Appellant.

Before CHALFIN, J., without a jury.

Submitted September 11, 1975. *Nolan N. Atkinson, Jr.,* and *Zack, Myers and Atkinson,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hill, Appellant.

Before LOWE, J.

Submitted September 8, 1975. *Arthur J. King* and *Calvin S. Drayer, Jr.,* Assistant Public Defenders, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hill, Appellant.

Before WILSON, J., without a jury.